B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Lovell's Masonry, Inc.**      Case No. **3:15-00069**
Debtor(s)      Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Bricklayers & Trowels Trades Int'l Pen F** <br> Charles V. Mehler III, Dickstein Shapiro <br> 1825 Eye Street, NW <br> Washington, DC 20006-5403 | **Bricklayers & Trowels Trades Int'l Pen F** <br> Charles V. Mehler III, Dickstein Shapiro <br> 1825 Eye Street, NW <br> Washington, DC 20006-5403 | **Pension Fund** | **Contingent Unliquidated Disputed** | **1,042,315.00** |
| **Alley-Cassetty Brick** <br> PO Box 23305 <br> Nashville, TN 37202 | **Alley-Cassetty Brick** <br> PO Box 23305 <br> Nashville, TN 37202 | **AP Vendor** | | **23,122.50** |
| **The Quikrete Companies** <br> PO Box 930134 <br> Atlanta, GA 31193 | **The Quikrete Companies** <br> PO Box 930134 <br> Atlanta, GA 31193 | **Ap Vendor** | | **10,827.76** |
| **Southland Brick & Block** <br> PO Box 2589 <br> Murfreesboro, TN 37133 | **Southland Brick & Block** <br> PO Box 2589 <br> Murfreesboro, TN 37133 | **Ap Vendor** | | **8,863.68** |
| **Equipment Finders, Inc.** <br> 501 Davidson Street <br> Nashville, TN 37206 | **Equipment Finders, Inc.** <br> 501 Davidson Street <br> Nashville, TN 37206 | **AP Vendor** | | **3,902.10** |
| **R & R Distributing Co. Inc.** <br> PO Box 321 <br> Columbia, TN 38402 | **R & R Distributing Co. Inc.** <br> PO Box 321 <br> Columbia, TN 38402 | **AP Vendor** | | **3,650.28** |
| **Solideal USA Inc.** <br> PO Box 60158 <br> Charlotte, NC 28260 | **Solideal USA Inc.** <br> PO Box 60158 <br> Charlotte, NC 28260 | **AP Vendor** | | **2,062.20** |
| **White Cap Construction Supply** <br> PO Box 4852 <br> Orlando, FL 32802 | **White Cap Construction Supply** <br> PO Box 4852 <br> Orlando, FL 32802 | **AP Vendor** | | **1,454.33** |
| **Charter Business** <br> PO Box 742613 <br> Cincinnati, OH | **Charter Business** <br> PO Box 742613 <br> Cincinnati, OH | **AP Vendor** | | **258.87** |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re **Lovell's Masonry, Inc.**
Debtor(s)

Case No. **3:15-00069**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 6, 2015**

Signature **/s/ Kenneth Moore**
**Kenneth Moore**
**Chief Financial Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.